IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

SCOTT N. JOHNSON,  )
         ) 2:08-cv-02438-GEB-KJM
    Plaintiff, )
         ) ORDER RE: SETTLEMENT
    v. ) AND DISPOSITION
         )
BOBO CAFE, LLC, d/b/a Bobo's Cafe; )
SHER S. GILL, d/b/a Cigarette for )
Less 1; SHAJAN KAUR, d/b/a )
Cigarette for Less 1; DIANE DELVIS-)
BARBADO, d/b/a Granny's Cafe; )
         )
    Defendants. )
_____)

        The Notice of Settlement filed by Plaintiff on May 31, 2009, states "the parties are in settlement negotiations. Dispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than June 22, 2009.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for June 15, 2009, is continued to commence at 9:00 a.m. on July 27, 2009, in the event

1

<200b>

1  that no dispositional document is filed, or if this action is not
2  otherwise dismissed.  Further, a joint status report shall be filed
3  fourteen days prior to the status conference.[1]
4         IT IS SO ORDERED.
5  Dated:  June 6, 2009

7  _____
   GARLAND E. BURRELL, JR.
8  United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2