IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,   )
                    )   2:08-cv-02438-GEB-DAD
         Plaintiff, )
                    )   ORDER OF DISMISSAL
     v.             )
                    )
BOBO CAFE, LLC, d/b/a Bobo's Cafe; )
SHER S. GILL, d/b/a Cigarette for  )
Less 1;  BHAJAN KAUR, d/b/a        )
Cigarette for Less 1; DIANE DELVIS-)
BARBADO, d/b/a Granny's Cafe;      )
                    )
         Defendants.)
_____)

     An Order issued June 8, 2009 ("June 8 Order") in which the parties were informed they had until June 22, 2009, to file a dispositional document since Plaintiff represented in a filing that this action had settled.  The June 8 Order further stated: "[f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed."  Since no dispositional or other document has been filed, it

1

1  is assumed reason does not exist for this action to continue pending.
2  Therefore, this action is dismissed without prejudice.
3  Dated: June 25, 2009
4
5  _____
   GARLAND E. BURRELL, JR.
6  United States District Judge